No. 4260.—LUCE & Co., S. EN C., aplte., v. CINTRÓN, VDA. CAPÓ, aplda.—C. D. Guayama. ■■■■■ Enero 29, 1929. Vista la moción de la parte demandada y apelada para que se reconsidere cierto extremo de la resolución de diciembre 6, 1928, y la oposición de la parte demandante y apelante, la corte resuelve que deben eliminarse como se eliminan de la dicha resolución de 6 de diciembre de 1928 las siguientes palabras: "Dicha opinión para nada tiene que ser tenida en cuenta por la corte inferior en la ejecución de la sentencia en el caso de la Viuda de Capó contra A. Hartman y Co.", quedando subsistente en todo lo demás.

No. 4847.—NORIEGA y RANGEL, ETC., y ARBONA HNOS. SUCRS., S. EN C., aplda., v. COLÓN y QUIÑONES, aplte.—C. D. Ponce. ■■■■■ Enero 29, 1929.

POR CUANTO, interpuesta apelación en este caso el 19 de julio de 1928, no se han archivado los autos en esta Corte Suprema, sin que exista pendiente de tramitación en la de distrito exposición del caso o transcripción de evidencia algunas, y basándose en ello la parte apelada solicita la desestimación del recurso:

POR TANTO, de acuerdo con la ley y la jurisprudencia aplicables, esta corte resuelve que debe declarar como declara con lugar la moción de la demandante y apelada y' desestimar como desestima el recurso de apelación interpuesto por el demandado contra la sentencia que dictara la Corte de Distrito de Ponce el 20 de junio de 1928.

No. 741.—DÍAZ PÉREZ, recurrente, v. EL REGISTRADOR, recurrido.—■■■■■ Feb. 1, 1929. Vista la moción de reconsideración presentada, se deja sin efecto la resolución del tribunal de enero 18 último, quedando de nuevo sometido el caso a la corte para su estudio y resolución, concediéndose al registrador un término de diez días para que informe lo que estime procedente.